✎AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
       Sheet 1

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ALYAZIDI, OMAR N | **Judgment in a Criminal Case**<br>**(For a Petty Offense)** — Short Form<br>CM/ECF Case No. 5:25-PO-00270-DTB |

Case No.    CC81    E1639636

USM No.

Pro Se
_____
Defendant's Attorney

**THE DEFENDANT:** ALYAZIDI, OMAR N

☑ **THE DEFENDANT** pleaded guilty to count(s)   two (2)

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 2.31 | Trespassing, Tampering, and Vandalism | 10/26/2024 | Two (2) |

☑ Count(s)  one (1)        ☑ is  ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made by or before April 10, 2026.
If payment is completed and restitution is confirmed by or before 4/10/26, no appearance is necessary.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $290.00 | $ 10.00 | $ 250.00 | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: 2003

City and State of Defendant's Residence:
LAS VEGAS, NV

February 13, 2026
_____
Date of Imposition of Judgment

_____
Signature of Judge

David T. Bristow, U.S. Magistrate Judge
_____
Name and Title of Judge

2/19/26
_____
Date